AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:19-cv-255

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Tyson Processing Services, Inc. c/o CT Corporation was received by me on *(date)* June 21, 2019.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Tiffani Walvoord, Research Specalists CT Corp., who is designated by law to accept service of process on behalf of *(name of organization)* Tyson Processing Services, Inc. at 5601 South 59th Street Lincoln, NE 68516 on *(date)* 06/24/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 06/29/2019

*Server's signature*

Thomas J. Gorgen
*Printed name and title*

2614 North 161 Ave Omaha, NE 68116
*Server's address*

Additional information regarding attempted service, etc:

On June 24, 2019 at 1:11 p.m. I personally handed the Summons In A Civil Action, Civil Cover Sheet, Complaint For Damages with Exhibit A attached for Tyson Processing Services, Inc. to Tiffani Walvoord, Research Specalists for CT Corporation at 5601 South 59th Street Lincoln, Nebraska 68516.

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:19-cv-255

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Ramon Arambula, Jr. was received by me on *(date)* June 21, 2019.

☑ I personally served the summons on the individual at *(place)* by handing the summons to Ramon Arambula, Jr. at 6318 South 74th St. Omaha, NE 68127 on *(date)* 06/28/2019 ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 06/29/2019

*Server's signature*

Thomas J. Gorgen
*Printed name and title*

2614 North 161 Ave Omaha, NE 68116
*Server's address*

Additional information regarding attempted service, etc:

On June 28, 2019 at 8:53 p.m. I personally handed the Summons In A Civil Action, Civil Cover Sheet, Complaint For Damages with Exhibit A attached to Ramon Arambula, Jr. at 6318 South 74th Street Omaha, Nebraska 68127.

# STATEMENT OF SERVICES

Bill To: Barnes Las, LLP
Attn: Tim Omarzu
601 South Figueroa Street
Suite 4050
Los Angeles, CA 90017

Date: June 29, 2019

Re: 8:19-cv-255

Remit To: Gorgen Detective Agency, LLC
Attn: Thomas J. Gorgen
2614 North 161st Avenue
Omaha, Nebraska 68116
(402) 571-9574

Fein # 45-4510314
NAPPS Member

## PAYENT DUE UPON RECEIPT

| Date | Description | Rate | Amount |
|---|---|---|---|
| 06/24/2019: | Process service of Tyson Processing Services, Inc. c/o CT Corporation at 5601 South 59th Street Lincoln, NE 68156. 1:11 p.m. | $65.00 | $65.00 |
| 06/24/2019: | Attempt process service of Ramon Arambula, Jr. at 6318 South 74th St. Omaha, NE 68127. 6:50 p.m. | | |

06/27/2019: Attempt process service of Ramon Arambula, Jr. at 6318 South 74th St. Omaha, NE 68127.  6:15 p.m.

06/28/2019: Attempt process service of Ramon Arambula, Jr. at 6318 South 74th St. Omaha, NE 68127.  7:04 p.m.

06/28/2019: Process service of Ramon Arambula, Jr. at 6318 South 74th Street Omaha, NE. 68127.  8:53 p.m.

|  |  |
|---|---|
| $65.00 | $65.00 |

| Total Amount Due: | PAID BY CHECK #1015 | $00.00 |
|---|---|---|

ALL ACCOUNTS ARE DUE AND PAYABLE IN FULL UPON RECEIPT OF THIS STATEMENT.  (A MONTHLY RATE OF $10.00 PER MONTH WILL BE ASSESSED ON ALL ACCOUNTS PAST DUE OVER 30 DAYS.)