IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARMELL L. SANDERS, an individual, | Case No: 8:19-cv-00255-JMG-SMB |
| Plaintiff, | |
| v. | **ENTRY OF APPEARANCE** |
| TYSON PROCESSING SERVICES, INC., a corporation, | |
| Defendant. | |

Meaghan M. Gandy of the law firm of Kutak Rock LLP hereby enters her appearance as counsel for Defendant Tyson Processing Services, Inc. in the above-captioned action.

Respectfully submitted this 27th day of August, 2019.

           TYSON PROCESSING SERVICES, INC.,
           Defendant,

           By: *s/ Meaghan M. Gandy*
               Marcia A. Washkuhn #21022
               Meaghan M. Gandy #25486
               KUTAK ROCK LLP
               The Omaha Building
               1650 Farnam Street
               Omaha, NE  68102
               (402) 346-6000
               (402) 346-1148
               marcia.washkuhn@kutakrock.com
               meaghan.gandy@kutakrock.com