<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARMELL L. SANDERS, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>TYSON PROCESSING SERVICES, INC., a corporation,<br><br>　　　　　Defendant. | No. CV: 8:19-cv-00255-JMG-SMB<br><br>**DEFENDANT'S DISCLOSURE OF CORPORATE AFFILIATIONS, FINANCIAL INTEREST, AND BUSINESS ENTITY CITIZENSHIP** |

　　　　Pursuant to Federal Rule of Civil Procedure 7.1, and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Defendant Tyson Processing Services, Inc. makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities:

*[INSTRUCTIONS: Check the applicable box or boxes, and fill in any required information.]*

☐　　This party is an individual.

☐　　This party is a publicly held corporation or other publicly held entity.

☒　　This party has parent corporations

　　　　If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

　　　　**Tyson Foods, Inc.**

　　　　**Tyson Fresh Meats, Inc.**

<u>NEDC Corporate Disclosure Statement pursuant to Fed. R. Civ. P. 7.1</u>

☒ Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

    If yes, identify all such owners:

    **Tyson Foods, Inc.**

☐ Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

☐ This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

☐ This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Dated this 11th day of September, 2019.

    TYSON PROCESSING SERVICES, INC., Defendant

    By *s/ Meaghan M. Gandy*
    Marcia A. Washkuhn #21022
    Meaghan M. Gandy #25486
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE 68102
    (402) 346-6000
    (402) 346-1148
    marcia.washkuhn@kutakrock.com
    meaghan.gandy@kutakrock.com

4841-5342-5570.1