IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARMELL L. SANDERS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TYSON PROCESSING SERVICES, INC., a corporation,<br><br>Defendant. | No. CV: 8:19-cv-00255-JMG-SMB<br><br>**CERTIFICATE OF SERVICE** |

Defendant Tyson Processing Services, Inc., pursuant to NECivR 26.1, hereby gives notice that on October 30, 2019, it served Defendant's Rule 26(a)(1) Disclosures upon counsel for Plaintiff Karmell L. Sanders via first class, United States Mail, postage prepaid.

Dated this 30th day of October, 2019.

TYSON PROCESSING SERVICES, INC.,
Defendant

By  *s/ Meaghan M. Gandy*
    Marcia A. Washkuhn #21022
    Meaghan M. Gandy #25486
    KUTAK ROCK LLP
    The Omaha Building
    1650 Farnam Street
    Omaha, NE  68102
    (402) 346-6000
    (402) 346-1148
    marcia.washkuhn@kutakrock.com
    meaghan.gandy@kutakrock.com