IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| KARMELL L. SANDERS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>TYSON PROCESSING SERVICES, INC., a corporation,<br><br>    Defendant. | No. CV: 8:19-cv-00255-JMG-SMB<br><br>**CERTIFICATE OF SERVICE** |

Defendant Tyson Processing Services, Inc., pursuant to NECivR 33.1 and 34.1, hereby gives notice that on November 15, 2019, it served Defendant's First Set of Interrogatories and Defendant's First Set of Requests for Production of Documents upon counsel for Plaintiff Karmell L. Sanders via first-class, United States Mail, postage prepaid.

Dated this 15th day of November, 2019.

                                                TYSON PROCESSING SERVICES, INC.,
                                                Defendant

                                            By   *s/ Marcia A. Washkuhn*
                                                 Marcia A. Washkuhn #21022
                                                 Meaghan M. Gandy #25486
                                                 KUTAK ROCK LLP
                                                 The Omaha Building
                                                 1650 Farnam Street
                                                 Omaha, NE  68102
                                                 (402) 346-6000
                                                 (402) 346-1148
                                                 marcia.washkuhn@kutakrock.com
                                                 meaghan.gandy@kutakrock.com

4827-0095-1208.1