Derek A. Jordan
Barnes Law
601 S. Figueroa St., Ste. 4050
Los Angeles, CA 90017
Tel: (310) 510-6211/ Fax: (310) 510-6225
E-mail: derekjordan@barneslawllp.com

Attorney for Plaintiff
Karmell L. Sanders

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| KARMELL L. SANDERS, an individual, | ) ) | No. 8:19-cv-00255-JMG-SMB |
| Plaintiff, | ) ) ) ) | **PLAINTIFF'S RULE 26(a)(1) DISCLOSURES: CERTIFICATE OF SERVICE** |
| vs. | ) ) | |
| TYSON PROCESSING SERVICES, INC., a corporation, | ) ) ) | |
| Defendant. | ) ) ) | |

COMES NOW, Plaintiff KARMELL L. SANDERS through the undersigned, Derek A. Jordan, and respectfully discloses the following information:

Plaintiff hereby gives notice that on October 30, 2019 it served upon counsel for Defendant via email her initial Plaintiff's Rule 26 disclosures. Plaintiff made a minor augmentation to those materials on November 22, 2019 before the filing of this notice.

DATED: November 22, 2019

By: /s/ Derek A. Jordan
DEREK A. JORDAN
Counsel for Karmell Sanders

Barnes Law
601 S. Figueroa St., Ste. 4050
Los Angeles, CA 90017
Tel: (310) 510-6211/ Fax: (310) 510-6225
E-mail: robertbarnes@barneslawllp.com